IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOUGLAS COLLETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SGT. RUSSELL, et al.,<br><br>　　　　Defendants. | No. C 14-00857 YGR (PR)<br><br>**ORDER** |

　　Plaintiff has filed a consent to magistrate judge jurisdiction in this civil rights matter under 42 U.S.C. § 1983. (Docket No. 5.)

　　The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

　　IT IS SO ORDERED.

DATED:  March 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

P:\PRO-SE\YGR\CR.14\Collett0857.Reassign2MJ.wpd