UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOUGLAS COLLETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUSSELL, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-00857-KAW<br><br>**ORDER FOR DEFENDANTS TO FILE DISPOSITIVE MOTION OR TO INFORM COURT THAT CASE CANNOT BE RESOLVED BY SUMMARY JUDGMENT** |

　　　This is a civil rights complaint against Defendants Sergeant James Russell and Deputy Brian Kimzey of the Alameda County Sheriff's Department. On May 21, 2015, the Court granted Defendants' motion for an extension of time to file a dispositive motion. The motion was due on July 24, 2015. *See* Dkt No. 36. That date has passed and Defendants have not filed a motion. Therefore, the Court orders that, two weeks from the date of this order, Defendants shall file a dispositive motion or notify the Court that this case cannot be resolved by summary judgment. If this case cannot be resolved by summary judgment, the Court shall refer it to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program.

　　　**IT IS SO ORDERED**.

Dated: October 9, 2015

　　　　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge