1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD DOUGLAS COLLETT,                    Case No.  14-cv-00857-KAW  (PR)

             Plaintiff,
8                                               **ORDER GRANTING, IN PART,
        v.                                      DEFENDANTS' REQUEST FOR TIME
9                                               TO FILE MOTION RE FAILURE TO
                                                PROSECUTE**
     RUSSELL, et al.,
10
             Defendants.                        Re: Dkt. No. 38
11

12

13        On October 23, 2015, Defendants filed a notice that they are unable to file a dispositive

14   motion because Plaintiff Ronald Douglas Collett was released from custody before Defendants

15   could finish deposing him and he did not leave a forwarding address.  Defendants state that they

16   have tried, but have been unable to locate Plaintiff.  They request sixty days in which to file a

17   motion to dismiss for failure to prosecute.

18        Sixty days to complete a motion to dismiss based on the failure to prosecute is excessive.

19   Defendants are granted twenty-one days from the date of this Order to file such a motion.

20   Plaintiff's opposition is due twenty-eight days thereafter.  Defendants are not required to file a

21   reply.

22        **IT IS SO ORDERED**.

23   Dated: November 23, 2015

24                                              _____

25                                              KANDIS A. WESTMORE
                                                United States Magistrate Judge
26

27

28